HAWAYECK, PLAINTIFF AND APPELLEE, *v.* EL-KOURY, DEFENDANT AND APPELLANT.

APPEAL from the District Court of San Juan in an Action for Damages.

No. 2358.—Decided March 31, 1921.

Decided on the grounds of the opinion delivered in the case of *Hawayeck* v. *El-Koury, ante,* page 275.

*Affirmed.*

Chief Justice Hernández and Justices Wolf. Del Toro, Aldrey and Hutchison concurred.